ELIZABETH F. ROJAS,
CHAPTER 13 TRUSTEE
15301 VENTURA BOULEVARD
BUILDING B, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403
PHONE:      (818) 933-5700
FACSIMILE:  (818) 933-5755

**ORIGINAL**

ENTERED JUL - 3 2007
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED JUL - 3 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re:

LARRY J. NAMER,

    Debtor(s)

Case No. SV 05-11980-GM

ORDER DISMISSING CHAPTER 13 PETITION
FOR FAILURE TO COMPLY AND MAKE
PLAN PAYMENTS.

Hearing Date: ~~April 13, 2007~~ 6-5-2007
Time:         10:00 a.m.
Place:        Courtroom ~~201~~ 303
              ~~1415 State Street~~ 21041 Burbank Blvd.
              ~~Santa Barbara, CA 93101~~ Woodland Hills, CA 91367

Oral and/or written notice of the confirmation hearing date having been noticed by the Trustee, and the debtor(s) having failed to comply, and good cause appearing,

**IT IS ORDERED**:

1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved; that

2. The Debtor pursuant to the hearing on June 5, 2007 failed to make a $10,000.00 payment as ordered on or before June 22, 2007 (A true and correct copy of the Trustee's Declaration is attached and incorporated as Exhibit A); therefore

3. The petition herein is dismissed and all pending motions and adversary proceedings in this case are moot and dismissed;

Dated: JUL - 3 2007

_____
United States Bankruptcy Judge

LODGED JUN 2 7 2007
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

Case 1:05-bk-11980-GM    Doc 71    Filed 07/03/07    Entered 07/03/07 11:59:24    Desc
Main Document    Page 2 of 7

S. RENEE SAWYER, SBN 180143
ELIZABETH F. ROJAS, CHAPTER 13 TRUSTEE
15301 VENTURA BOULEVARD
BUILDING B, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403
PHONE:      (818) 933-5700
FACSIMILE:  (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re:                                      ) Case No. SV 05-11980-GM
                                            )
LARRY J. NAMER,                             ) Chapter 13
                                            )
        Debtor(s)                           ) DECLARATION OF S. RENEE SAWYER
                                            ) REGARDING DISMISSAL OF CHAPTER 13
                                            ) PETITION FOR NON PAYMENT OF PLAN
                                            ) PAYMENTS.
                                            )
                                            )
                                            ) NO HEARING REQUIRED

## CHAPTER 13 DECLARATION

I, S. Renee Sawyer, do hereby declare:

1. I am the Senior staff attorney for the duly appointed Chapter 13 Standing Trustee in the above-captioned case.

2. I have knowledge of the facts in this case, and would and could competently testify thereto.

3. Pursuant to the hearing on June 5, 2007, the Debtor was to provide a check to the Chapter 13 Trustee in the amount of $10,000.00 on or before June 22, 2007 and $10,000.00 on or before July 25, 2007.

4. As of June 26, 2007, the Debtor has not provided Trustee with a check in the amount of $10,000.00. [A true and correct copy of the payments received by the Chapter 13 Trustee is attached and incorporated as Exhibit B.]

Dated this 26th day of June 2007

_____
S. RENEE SAWYER, SBN 180143
Sr. Staff Attorney for the Chapter 13 Trustee

Chapter 13 Trustee Declaration

Case 1:05-bk-11980-GM    Doc 71    Filed 07/03/07    Entered 07/03/07 11:59:24    Desc
Main Document    Page 4 of 7

DATE: Tue Jun 26, 2007    CASE: 05-11980-1    NAME: LARRY J NAMER

| Date | Code | Batch | Source | Credit | Clai | ID | Amount | Description | T | Le | User |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Thu Mar 22, 2007 | C.CK | 000001 | 0023603780 | 000000 | 0000 | L1 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Mon Mar 05, 2007 | C.CK | 000002 | 0023603759 | 000000 | 0000 | L1 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Mon Jan 22, 2007 | C.CK | 000001 | 0023603465 | 000000 | 0000 | L1 | 3,000.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Tue Oct 31, 2006 | TFRV | 000025 | 5470 | 000000 | 0000 | L1 | 290.30 | TRUSTEE FEE REVERSAL | | 00 | AL |
| Tue Oct 31, 2006 | TFRV | 000025 | 5470 | 000000 | 0000 | L1 | 408.41 | TRUSTEE FEE REVERSAL | | 00 | AL |
| Thu Oct 19, 2006 | CRP | 000026 | 05869626 | 083221 | 0009 | L1 | 3,125.21 | REFUND FROM CREDITOR/PRINCIPLE | P | 16 | AL |
| Thu Oct 19, 2006 | CRP | 000026 | 05869626 | 083221 | 0008 | L1 | 4,396.75 | REFUND FROM CREDITOR/PRINCIPLE | R | 16 | AL |
| Mon Oct 02, 2006 | C.CK | 000002 | 0023603522 | 000000 | 0000 | L1 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Fri Jul 28, 2006 | C.CK | 000003 | 0023603417 | 000000 | 0000 | L1 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Mon Jun 12, 2006 | C.CK | 000003 | 0023603335 | 000000 | 0000 | L2 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Mon May 15, 2006 | C.CK | 000003 | 0023603226 | 000000 | 0000 | L1 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Mon Mar 27, 2006 | C.CK | 000001 | 0023603192 | 000000 | 0000 | L1 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Mon Feb 27, 2006 | C.CK | 000007 | 0023603152 | 000000 | 0000 | L1 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Thu Jan 26, 2006 | C.CK | 000002 | 0023603075 | 000000 | 0000 | L1 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Thu Dec 22, 2005 | C.CK | 000001 | 0026360313 | 000000 | 0000 | L1 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Mon Nov 28, 2005 | C.CK | 000001 | 0023602967 | 000000 | 0000 | L1 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Mon Oct 24, 2005 | C.CK | 000003 | 0023602920 | 000000 | 0000 | L1 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Mon Sep 26, 2005 | C.CK | 000001 | 0023602887 | 000000 | 0000 | L1 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Fri Aug 12, 2005 | C.CK | 000002 | 0023602835 | 000000 | 0000 | L1 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Thu Jul 14, 2005 | C.CK | 000003 | 0023602810 | 000000 | 0000 | L1 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Thu Jun 30, 2005 | C.CK | 000001 | 0023602783 | 000000 | 0000 | L1 | 4,400.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| Wed May 18, 2005 | C.CK | 000004 | 0023602133 | 000000 | 0000 | L1 | 2,800.00 | CASHIER'S CHECK FROM DEBTOR | | 00 | AL |
| | | * TOTALS * | | | | | 84,420.67 | Gross | | | |
| | | | | | | | 7,521.96 | Less | | | |
| | | | | | | | 76,898.71 | Net | | | |

[06/26/2007 03:22PM]    Page 1 of 1

```
 1  Elizabeth F. Rojas
    Chapter 13 Standing Trustee
 2  15301 Ventura Blvd., Bldg B, Ste 400
    Sherman Oaks, California 91403
 3  Telephone: (818) 933-5700
    Facsimile: (818) 933-5755
 4
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE: | Case No. SV05-11980-GM |
| LARRY J NAMER | CHAPTER 13 |
| | PROOF OF SERVICE BY MAIL |
| Debtor(s) | |

STATE OF ___CALIFORNIA___, COUNTY OF ___LOS ANGELES___

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth F. Rojas, Chapter 13 Standing Trustee, 15301 Ventura Blvd., Bldg B, Ste 400, Sherman Oaks, CA 91403, and that on June 27, 2007 I served the following document(s): ORDER DISMISSING THE CHAPTER 13 PETITION FOR FAILURE TO COMPLYT AND MAKE PLAN PAYMENTS
on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as follows:

LARRY J NAMER
17112 KILLION STREET
ENCINO, CA 91316

MS JENNIFER BRAUN
ASSISTANT U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
DEPARTMENT OF JUSTICE
21051 WARNER CENTER LANE, #115
WOODLAND HILLS, CA 91367

URE, RANIERI AND ASSOCIATES
800 WILSHIRE BLVD. STE 1050
LOS ANGELES, CA 90017

(SEE ATTACHED)

Executed at Sherman Oaks California on June 27, 2007

_Gisele Dorsey_
GISELE DORSEY

06/26/2007 GD FG:126

SV05-11980-

SELECT PORTFOLIO SERVICING
3815 SOUTH WEST TEMPLE
SALT LAKE CITY, UT 84115

PAUL S. LEVINE, ESQ.
1054 SUPERBA AVENUE
VENICE, CA 90291-3940

SWENDELSON & GOTTLIEB
11900 WEST OLYMPIC BOULEVARD
#700
LOS ANGELES, CA 90064

TURNER AUBERT & FRIEDMAN, LLP
8383 WILSHIRE BOUELVARD, #510
BEVERLY HILLS, CA 90211

06/26/2007 GD  FG:126